# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBITA SAZO, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MORTGAGEIT, INC., a New York corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; COUNTRYWIDE HOME LOAN, INC., a New York corporation; SUPERIOR REALTY AND INVESTMENT GROUP, a suspended California corporation, dba Superior Lending and Investments; ERNEST RAY MATHEWS, an individual; SALVADOR SEDANO PRECIADO, an individual; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. CV09-6512 GW (FFMx)<br><br>Honorable George H. Wu<br><br>**JUDGMENT** |

770921

[PROPOSED] JUDGMENT

Pursuant the Court's Order of January 20, 2010 granting the Motion to Dismiss Plaintiff Jobita Sazo's ("Plaintiff") First Amended Complaint and Expunge Lis Pendens of Defendants Mortgage Electronic Registration Systems, Inc., and Countrywide Home Loans, Inc.,

IT IS ORDERED AND ADJUDGED that all claims against Mortgage Electronic Registration Systems, Inc. and Countrywide Home Loans, Inc. in Plaintiff Jobita Sazo's First Amended Complaint are DISMISSED WITH PREJUDICE.

SUCH JUDGMENT IS ENTERED.

Dated: March 19, 2010

_George H. Wu_
Honorable George H. Wu

Respectfully Submitted,

**BRYAN CAVE LLP**

By:  /s/ *Vanessa A. Sunshine*
Vanessa A. Sunshine
Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and COUNTRYWIDE HOME LOANS, INC.