**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBITA SAZO,<br><br>        Plaintiffs,<br><br>  v.<br><br>MORTGAGEIT, INC., et al.,<br><br>        Defendants. | Case No.  CV 09-6512-GW(FFMx)<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal filed on May 11, 2010, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: May 13, 2010                          BY THE COURT

                                                                       _____
                                                                       HONORABLE GEORGE H. WU
                                                                       UNITED STATES DISTRICT COURT